IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| TIAWAN BRITTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| K&G WORLD INC., | ) ) ) | FILE No. 1:22-cv-03153-VMC |
| Defendant. | ) | |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Tiawan Britton, Plaintiff in the above-styled action, by and through the undersigned counsel of record, pursuant to Local Rule 3.3(A) and Fed. R. Civ. P. 7.1, and hereby submits the foregoing Certificate of Interested Persons and Corporate Disclosure Statement. To the best of Plaintiff's present knowledge, the only persons and/or entities subject to disclosure are Plaintiff and Defendant. Further, upon information and good-faith belief, Defendant is not a publicly held entity.

Dated: August 18, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240

1

The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite. 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of District Court, Northern District of Georgia via the Court Clerk's CM/ECF system. A true and correct copy of the same will be served upon the following party via U.S. Mail with proper postage affixed thereon:

K&G World Inc.
2049 M.L.K. Jr., Drive, S.W.
Atlanta, Georgia 30310

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich